**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Andrew William FERGUSON,**
**Defendant–Appellant.**

No. 01–7262.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Oct. 9, 2001.

Andrew William Ferguson, pro se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before LUTTIG, MICHAEL and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Andrew William Ferguson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Ferguson,* Nos. CR–98–199; CA–01–124–02–V (W.D.N.C. July 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*